UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| JOEL S. ARIO, ACTING INSURANCE COMMISSIONER OF THE COMMONWEALTH OF PENNSYLVANIA, IN HIS CAPACITY AS LIQUIDATOR OF RELIANCE INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>- against -<br><br>AXIUM INTERNATIONAL, INC. d/b/a AXIUM ENTERTAINMENT SERVICES, INC.,<br><br>               Defendant. | 07 CV 6486  (PAC)<br><br>**RULE 7.1 STATEMENT** |

------------------------------------------------------------X

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel certifies that Reliance Insurance Company was formerly owned 100% by Reliance Financial Services Corp., which was formerly owned 100% by Reliance Group Holding, a publicly-held corporation.

Dated: New York, New York
       July 17, 2007

                          WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP

                          By:_____
                             Kenneth G. Roberts (KR-6960)
                             Jill L. Mandell (JM-3270)
                          Attorneys for Plaintiff
                          250 Park Avenue
                          New York, New York 10177
                          (212) 986-1116

NYC:738740.1/KOK003-238993