AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN   DISTRICT OF   NEW YORK

JOEL S. ARIO, ACTING INSURANCE
COMMISSIONER OF THE
COMMONWEALTH OF PENNSYLVANIA,
IN HIS CAPACITY AS LIQUIDATOR OF
RELIANCE INSURANCE COMPANY,

Plaintiff,

v.

AXIUM INTERNATIONAL, INC. d/b/a
AXIUM ENTERTAINMENT SERVICES,
INC.,

Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**07 CV 6486**

**JUDGE CROTTY**

TO: (Name and address of defendant)

AXIUM INTERNATIONAL, INC.
d/b/a AXIUM ENTERTAINMENT SERVICES, INC.,
12 East 52nd Street,
New York, New York 10022

**YOU ARE HEREBY SUMMONED** and required to serve upon plaintiff's attorneys:

WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
250 Park Avenue
New York, NY 10177
(212) 986-1116

an answer to the complaint which is herewith served upon you, within thirty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

JUL 1 8 2007

DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOEL S. ARIO, ACTING INSURANCE
COMMISSIONER OF THE
COMMONWEALTH OF PENNSYLVANIA,
IN HIS CAPACITY AS LIQUIDATOR OF
RELIANCE INSURANCE COMPANY,

                Plaintiff,

    - against -

AXIUM INTERNATIONAL, INC. d/b/a
AXIUM ENTERTAINMENT SERVICES,
INC.,

                Defendant.

------------------------------------------------------------x

Case No. 07cv6486 (PAC) (JCF)

ECF CASE

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK )

       ROBIN N. BRENNER, being duly sworn, deposes and says:

       1.    I am over 18 years of age, am not a party to this action and reside in the County of Kings, State of New York.

       2.    On July 18, 2007, at 12 East 52nd Street, New York, New York, at approximately 2:15 p.m., I served a true copy of the SUMMONS IN A CIVIL CASE, dated July 18, 2007, RULE 7.1 STATEMENT, dated July 17, 2007, COMPLAINT, dated July 16, 2007, ECF INSTRUCTIONS, and JUDGES' INDIVIDUAL RULES upon defendant **AXIUM INTERNATIONAL, INC. d/b/a AXIUM ENTERTAINMENT SERVICES, INC.**, by personally delivering and leaving the same with Tever Schapers, a Quality Assurance representative, who informed me that she is authorized to receive service at that address.

       3.    Ms. Schapers is a white female, approximately 35 years of age, weighing approximately 150 pounds, standing approximately 5 feet, 6 inches tall, with brown hair and green eyes with glasses.

                                                 _Robin N. Brenner_
                                                 ROBIN N. BRENNER

Sworn to before me this
27th day of July 2007

_Sheri Michals_
Notary Public

SHERI MICHALS
Notary Public, State of New York
No. 01MI6155342
Qualified in Queens County
Commission Expires 11/13/2010

NYC:738848.1/KOK003-238993