UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL S. ARIO, ACTING INSURANCE COMMISSIONER OF THE COMMONWEALTH OF PENNSYLVANIA, IN HIS CAPACITY AS LIQUIDATOR OF RELIANCE INSURANCE COMPANY, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br> -against-<br><br>AXIUM INTERNATIONAL, INC. d/b/a AXIUM ENTERTAINMENT SERVICES, INC.,<br><br>    Defendant. | 07-CV-6486 (PAC)<br><br><br><br><br><br><br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Axium International, Inc. ("Defendant") states that Defendant has no parent corporations and no publicly-held corporation owns 10% or more of its stock.

Dated: August 9, 2007
   New York, New York

               LITTLER MENDELSON, P.C.


               By: /s/
                 David S. Warner (DW-4576)

               885 Third Avenue, 16th Floor
               New York, New York 10022
               Telephone: 212.583.9600
               Facsimile: 212.832.2719

               Attorneys for Defendant Axium International, Inc.