

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 3 2007
```

August 22, 2007

VIA E-MAIL [CROTTYNYSDCHAMBERS@NYSD.USCOURTS.GOV]

The Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The conference is adjourned to 9/18/07 at 3:00 pm in Courtroom 20-C.
SO ORDERED:

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re: *Ario v. Axium Int'l, Inc.* – 07 Civ. 6846 (PAC) – Joint Request to Adjourn Initial Pretrial Conference

Dear Judge Crotty:

My law firm and I represent the defendant in the above-referenced action. On behalf of all parties, I write to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for 11:30 a.m. on August 30, 2007. Both Plaintiff's counsel and I have professional conflicts that day. I am required to attend a conference that morning in the Eastern District of New York and understand that Plaintiff's counsel has a deposition. All parties' counsel are available on and accordingly propose the following alternate dates for this conference: September 14, 18, 19 or 27.

This is the first request for an adjournment of this conference.

We greatly appreciate the Court's attention to this request.

Respectfully submitted,

David S. Warner

**MEMO ENDORSED**

DSW/bb

cc: Jill Mandell, Esq., counsel for Plaintiff (via e-mail)