AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|---|---|---|

Joel S. Ario, Acting Insurance Commissioner
of the Commonwealth of Pennsylvania, in his
Capacity as Liquidator of Reliance Insurance
Company,

**APPEARANCE**

—v—

Axium International, Inc. d/b/a Axium
Entertainment Services,

Case Number: 07 Civ. 6486 (PAC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff

I certify that I am admitted to practice in this court.

| 8/24/2007 | |
|---|---|
| Date | Signature |

| Jill L. Mandell | JM-3270 |
|---|---|
| Print Name | Bar Number |

| Wolf, Block, Schorr & Solis-Cohen, 250 Park Avenue | | |
|---|---|---|
| Address | | |

| New York | NY | 10177 |
|---|---|---|
| City | State | Zip Code |

| (212) 883-4953 | (212) 672-1153 |
|---|---|
| Phone Number | Fax Number |