UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOEL S. ARIO, ACTING INSURANCE
COMMISSIONER OF THE COMMONWEALTH OF     07 CV 6486 (PAC)
PENNSYLVANIA, IN HIS CAPACITY AS
LIQUIDATOR OF RELIANCE INSURANCE
COMPANY, on behalf of herself and all others similarly
situated,
                                        [PROPOSED] ORDER FOR
                                        ADMISSION *PRO HAC VICE* ON
              Plaintiff,                WRITTEN MOTION

       v.

AXIUM INTERNATIONAL, INC. d/b/a AXIUM
ENTERTAINMENT, INC.
              Defendant.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 3 2007

Upon the motion of David S. Warner, counsel of record for Defendant Axium International, Inc. and the papers submitted therewith, **IT IS HEREBY ORDERED** that Ronald A. Peters, Esq., a shareholder of Littler Mendelson, P.C., 50 West San Fernando Street, 14th Floor, San Jose, California 95113-2431, Telephone: (408) 998-4150, Fax: (408) 288-5686, Email: rpeters@littler.com, is admitted to practice *pro hac vice* as counsel for Defendant Axium International, Inc. in the above-captioned action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: SEP 1 3 2007, 2007
       New York, New York

                                        /s/ Paul Crotty
                                        United States District Magistrate Judge