UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOEL S. ARIO, ACTING INSURANCE COMMISSIONER
OF THE COMMONWEALTH OF PENNSYLVANIA, IN
HIS CAPACITY AS LIQUIDATOR OF RELIANCE
INSURANCE COMPANY,

     Plaintiff,

  - against -

AXIUM INTERNATIONAL, INC. d/b/a AXIUM
ENTERTAINMENT SERVICES, INC.,

     Defendant.

---

**07 CV 6486 (PAC)**

**CERTIFICATE OF SERVICE**

I, Jill L. Mandell, do hereby certify that on the 9th day of October, 2007, I caused a true and correct copy of the foregoing Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) to be served by PDF and by first class mail postage fully prepaid upon the following:

David S. Warner
Littler Mendelson, P.C.
885 Third Avenue, 16th Floor
New York, NY 10022
dwarner@littler.com

Ronald A. Peters
Littler Mendelson, P.C.
50 West San Fernando Street, 14th Floor
San Jose, CA 95113
rpeters@littler.com

Dated: New York, New York
   October 9, 2007

Jill L. Mandell