# LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

November 29, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 3 0 2007
```

Ronald A. Peters
Direct: 408.795.3433
Direct Fax: 408.288.5686
rpeters@littler.com

Sent Via Facsimile @ Fax: (212) 805-6304

JUDGE PAUL A. CROTTY, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
Chambers 735
Courtroom 20-C
New York, NY 10007

**Application GRANTED**
**SO Ordered** NOV 3 0 2007
*[signature: Paul Crotty]*
USDJ

Conference set for 2:15 pm not 3:00 pm in Courtroom 11-C not 20-C. The Court will call Mr. Peters at 2:15 on 12/5/07

Re:  JOEL S. ARIO, et al. v. AXIUM INTERNATIONAL, INC., dba AXIUM ENTERTAINMENT SERVICES, INC.
Case No: 07 CV 6486 (PAC)
Defendant's Request to Appear by Telephone at Case Management Conference
CMC: 12/5/07

**MEMO ENDORSED**

Dear Judge Crotty:

This office represents Defendant Axium International, Inc. We have an upcoming Case Management Conference scheduled for December 5, 2007 at 3:00 p.m. in Court Room 20-C. This correspondence is to respectfully request that I be allowed to appear at the upcoming Case Management Conference by telephone.

Sincerely,

*[signature]*

Ronald A. Peters

RAP/prl

cc: Jill L. Mandell, Esq. Via Facsimile @212.986.0604

Firmwide:83721284.1 043234.1116

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM™
50 West San Fernando Street, 14th Floor, San Jose, California 95113  Tel: 408.998.4150  Fax: 408.288.5686  www.littler.com