# WolfBlock

250 Park Avenue, New York, NY 10177
Tel: (212) 986-1116 ■ Fax: (212) 986-0604 ■ www.WolfBlock.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 14 2008
```

Jill L. Mandell
Direct Dial: (212) 883-4953
Direct Fax: (212) 672-1153
E-mail:   jmandell@wolfblock.com

January 23, 2008

**VIA E-MAIL**

Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 735
New York, NY 10007

Re:  *Ario v. Axium International, Inc. d/b/a Axium Entertainment Services, Inc.*,
SDNY Case No. 07 Civ. 6486

Dear Judge Crotty:

On behalf of plaintiff Joel S. Ario, Acting Insurance Commissioner of the Commonwealth of Pennsylvania, in his capacity as Liquidator of Reliance Insurance Company ("Reliance"), we respectfully request a pre-motion conference prior to filing a motion for leave to amend the complaint pursuant to Fed. R. Civ. P. 15(a). A copy of the proposed amended complaint is submitted herewith.

The amendment seeks to correct a mistake in the original complaint that has come to light through discovery and investigation. When we filed the original complaint, we sued Axium International, Inc. ("Axium Int'l") "doing business as" Axium Entertainment Services, Inc. ("Axium Entertainment"). However, we learned through discovery that Axium Int'l was not even in existence when Reliance issued the underlying policies to Axium Entertainment. Further, discovery and investigation have shown that Axium Entertainment was never an incorporated entity but was merely a name of the business being conducted by its principals, Lynn White, Ruben Rodriguez and Barry Kay. The proposed amended complaint therefore seeks to drop Axium Int'l and add White, Rodriguez and Kay as defendants doing business as Axium Entertainment. The proposed claims against these individuals are not affected by the automatic stay caused by Axium's bankruptcy filing.

**MEMO ENDORSED**

*[Handwritten endorsement:]* February 13, 2008

The Rule 15(a) motion is granted and the Amended Complaint should be served. Upon service of the Complaint on the named defendants, a conference will be held. So ordered.

*/s/ Paul Crotty*

NYC:751215.2

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership

Honorable Paul A. Crotty
January 23, 2007
Page 2

      In addition, the proposed amended complaint seeks to add a successor liability claim against an Axium entity that was not named in Axium's bankruptcy petition – Axium ASP, Inc. ("Axium ASP") – because discovery has shown that Axium ASP took over the business previously conducted by White, Rodriguez and Kay, continuing the same services, using the same employees, and using the same offices and telephone numbers.

      As the Court knows, Fed. R. Civ. P. 15(a) provides that the Court "should freely give leave" to amend "when justice so requires." We respectfully submit that justice so requires in the case at bar. Accordingly, we respectfully request a pre-motion conference prior to filing a motion for leave to amend the complaint.

      Respectfully submitted,

      Jill L. Mandell
      For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

cc:    Ronald A. Peters, Esq.

NYC:751215.2