UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
_____X
JOEL. S. ARIO, ACTING INSURANCE COMMISSIONER,
OF THE COMMONWEALTH OF PENNSYLVANIA,
IN HIS CAPACITY AS LIQUIDATOR OF RELIANCE
INSURANCE COMPANY

                Plaintiff            07-CV-6486 (PAC0

-against-                           **STIPULATION**

LYNN WHITE, RUBEN RODRIGUEX, BARRY KAY,
Collectively doing business as "AXIUM" ASP, INC.

                Defendant,
_____X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 7 2008

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for plaintiffs and defendant, Barry Kay, that the time of the said defendant to move or answer with respect to the complaint be and it hereby is extended to and including April 18, 2008

PAULA SCHWARTZ FROME
Attorneys for Defendant
1325 Franklin Avenue
Garden City, New York 11530
(516) 248-6444

JILL L. MANDELL, ESQ.
Attorney for Plaintiff
250 Park Avenue
New York, New York 10117
(212) 986-1116

SO ORDERED: _____
HON. PAUL A. CROTTY  MAR 2 7 2008