```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 4 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JOEL S. ARIO, ACTING INSURANCE
COMMISSIONER OF THE COMMONWEALTH OF
PENNSYLVANIA, IN HIS CAPACITY AS
LIQUIDATOR OF RELIANCE INSURANCE
COMPANY,

            Plaintiff,

-against-

LYNN WHITE, RUBEN RODRIGUEZ, BARRY KAY,
collectively doing business as "AXIUM
ENTERTAINMENT SERVICES, INC", and AXIUM ASP,
INC.,

            Defendants.

-----------------------------------------------------------x

Case No. 07 CV 6486 (PAC)

**STIPULATION AND ORDER**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time within which defendant Ruben Rodriguez may answer, move or otherwise respond with respect to the amended complaint in this action is extended through and including April 25, 2008.

Dated: New York, New York
       April 8, 2008

| | |
|---|---|
| WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP | SATTERLEE STEPHENS BURKE & BURKE LLP |
| By: _____ | By: _____ |
| Kenneth G. Roberts (kroberts@wolfblock.com) | Thomas J. Cahill (TC-3490) |
| Jill L. Mandell (jmandell@wolfblock.com) | Attorneys for Defendant Ruben Rodriguez |
| Attorneys for Plaintiff | 230 Park Avenue |
| 250 Park Avenue | New York, NY 10169 |
| New York, NY 10177 | (212) 818-9200 |
| (212) 986-1116 | |

729934_1

Of Counsel for Defendant Ruben Rodriguez:
James M. Donovan, Esq.
The Donovan Offices
515 South Figueroa Street, Suite 1000
Los Angeles, CA 90071-3327
(213) 629-4861

SO ORDERED 4/14/08

_____
U.S.D.J.

729934_1