Crotty, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 04 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JOEL S. ARIO, ACTING INSURANCE
COMMISSIONER OF THE COMMONWEALTH    :    07 CV 6486 (PAC)
OF PENNSYLVANIA, IN HIS CAPACITY AS
LIQUIDATOR OF RELIANCE INSURANCE    :
COMPANY,
                                    :    **STIPULATION OF
                                         DISMISSAL WITH
           Plaintiff,               :    PREJUDICE**

           -against-                :

LYNN WHITE, RUBEN RODRIGUEZ, BARRY   :
KAY, collectively doing business as "AXIUM
ENTERTAINMENT SERVICES, INC.", and   :
AXIUM ASP, INC.,

           Defendants.
-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties, that this action be and the same hereby is dismissed with prejudice and without costs to either party.

Dated: New York, New York
       May 30, 2008

WolfBlock, LLP                              Paula Schwartz Frome, Esq.

By: _____/s/_____                       By: _____/s/_____
Kenneth G. Roberts (kroberts@wolfblock.com) Paula Schwartz Frome
Jill L. Mandell (jmandell@wolfblock.com)    (pfromeesq@hotmail.com)
Attorneys for Plaintiff                     Attorneys for Defendants
250 Park Avenue                             1325 Franklin Avenue, Suite 225
New York, New York 10177                    Garden City, New York 11530
(212) 986-1116                              (516) 248-6444

SO ORDERED: JUN 04 2008

_____/s/_____
United States District Judge

NYC:767095.1